AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| D<sub>AUIO</sub> V<sub>EGn</sub> | ) | Case No. 26-mj-4166 |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

  I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

  I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.


Date: 5-14-26

              *Defendant's signature*

              *Signature of defendant's attorney*

       CHARLES E. DOLAN    546344
       *Printed name and bar number of defendant's attorney*



              *Address of defendant's attorney*


              *E-mail address of defendant's attorney*


              *Telephone number of defendant's attorney*


              *FAX number of defendant's attorney*