AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.   26-mj-4166-DHH |
| | ) | |
| DAVID VEGA | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    DAVID VEGA                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ☑ Complaint

❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
18 U.S.C. § 1956(h)- Money Laundering Conspiracy

Date:   **May 5, 2026**                                      _David H. Hennessy_
_____
_Issuing officer's signature_

City and state:    Worcester, Massachusetts                      David H. Hennessy, United States Magistrate Judge
_____
_Printed name and title_

| Return | |
|---|---|
| This warrant was received on _(date)_ **5-5-26** , and the person was arrested on _(date)_ **5-14-26** at _(city and state)_ _____ . | |
| Date: **5-14-26** | _TFO_ _____ <br> _Arresting officer's signature_ <br><br> _TFO_  Daniel Minichiello <br> _Printed name and title_ |